UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:21-CR-1-HAB |
| | ) | |
| KATINA MILLER | ) | |

## OPINION AND ORDER

On July 10, 2023, Petitioner Katina Miller ("Miller") filed a pro se Motion to Reduce Sentence under the First Step Act of 2018 and The Corona Virus Relief Act. (ECF No. 58). In her petition, Miller seeks a sentencing reduction that will result in her immediate release from confinement. (*Id.*). The Government responded to Miller's Petition on July 26, 2023. (ECF No. 60). Miller requested until September 18, 2023, to file a reply brief which this Court granted. (ECF No. 65). Miller never filed a reply.

Subsequent to the filing of her Petition, Miller was released from federal prison. *See* BOP Inmate Locator, https://www.bop.gov/inmateloc/ (Katina Miller, BOP Register No. 28209-509, release date October 31, 2023) (last visited Jan. 9, 2024). This release renders her petition moot. *See, e.g., United States v. Sirois*, 2019 WL 1923632, at *1 (D. Me. Apr. 30, 2019) (concluding that request for release under the First Step Act was moot because defendant had already been released); *see also North Carolina v. Rice*, 404 U.S. 244, 246 (1971) (mootness is a jurisdictional issue, which may be raised by a court sua sponte).

For the foregoing reasons, Miller's Petition (ECF No. 58) is DENIED as MOOT.

SO ORDERED on January 10, 2024.

        s/ *Holly A. Brady*
        CHIEF JUDGE HOLLY A. BRADY
        UNITED STATES DISTRICT COURT